**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6054

TERENCE TERELL BRYAN,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; FNU BIRD,
Lieutenant; CORRECTIONAL OFFICER WILLIAMS; CAPTAIN PRICE;
OFFICER OUTLAW; TRANSPORTATION SERGEANT; GREY HOUSE,
Officer; OFFICER PHILLIPS; FIRST NAME UNKNOWN, Lieutenant,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:06-cv-03358-TLW)

Submitted:  April 22, 2010          Decided:  April 28, 2010

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terence Terell Bryan, Appellant Pro Se.  Charles Franklin
Turner, Jr., TURNER, PADGET, GRAHAM & LANEY, PA, Greenville,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terence Terell Bryan appeals the district court's order denying his motion under Federal Rules of Civil Procedure 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bryan v. South Carolina Dep't of Corr., No. 4:06-cv-03358-TLW (D.S.C. Dec. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2